THE STATE OF OHIO, APPELLEE, *v.* DENNIS, APPELLANT.

[Cite as *State v. Dennis* (1999), 86 Ohio St.3d 201.]

(No. 99–101—Submitted May 17, 1999—Decided August 11, 1999.)

*Michael T. Callahan,* Summit County Prosecuting Attorney, and *Paul Michael Maric,* Assistant Prosecuting Attorney, for appellee.

*Lori Ann McGinnis,* for appellant.

---

**Per Curiam.** We affirm the judgment of the court of appeals denying appellant's application for reopening for the reasons articulated by the court of appeals. Appellant has offered no compelling justification why his application was filed beyond the time required in App.R. 26(B).

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.